UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>        Plaintiff,<br>   v.<br><br>HOT TOPIC, INC., et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00508-DAD-EPG<br><br>**ORDER GRANTING STIPULATED EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 7) |

Pursuant to the stipulation of the Parties (ECF No. 7), and good cause appearing, IT IS ORDERED that the deadline for defendant Macerich Fresno Limited Partnership to file its responsive pleading to Plaintiff's complaint is extended to **June 12, 2019**.

IT IS SO ORDERED.

    Dated:   **May 16, 2019**                    /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE